UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MATTSON L. SMITH, | ) | |
| | ) | **Jury Demanded** |
| Plaintiff, | ) | |
| | ) | 1:12-CV-315 |
| v. | ) | |
| | ) | Carter |
| ADVANCE STORES COMPANY, INC. | ) | |
| d/b/a ADVANCE AUTO PARTS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come the parties jointly, and announce to the Court that all issues between them have been resolved, and that they stipulate to the dismissal of this action with prejudice. An Agreed Order is filed herewith for the convenience of the Court.

        Approved for entry:

        BURNETTE, DOBSON & PINCHAK

        By: _____s/ *H. Eric Burnette*_____
          H. Eric Burnette, BPR No. 24342
          Attorneys for Plaintiff
          711 Cherry Street
          Chattanooga, TN 37402
          Tel: (423) 266-2121
          Fax: (423) 266-3324

*Signatures approving entry continue on following page*

JACKSON LEWIS, PC


By: ___*s/ Yvonne Maddelena*_____
       Yvonne Norris Maddalena
       Attorneys for Defendant
       First Commercial Bank Building
       800 Shades Creek Pkwy., Ste. 870
       Birmingham, AL 35209
       Tel: (205) 332-3118
       Fax: (205) 332-3131